

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00762-CV

Betty J. **ETTER**,
Appellant

v.

**WELLS FARGO BANK N.A.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08003
Judge David A. Berchelmann Jr., Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: January 9, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. Appellant's counsel has certified that he has conferred with opposing counsel who does not oppose the motion. Accordingly, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs of appeal taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM